\\\DC-002376/000303-2372397v2
US2000 9533270.1


US2000 9533270.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| W.R. BONSAL COMPANY, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:00CV00129 |
| TWIN CITY FIRE INSURANCE CO., | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

Upon consideration of the Joint Motion for Dismissal with Prejudice submitted by plaintiff and counterdefendant W. R. Bonsal Company, Inc. and defendant and counterclaimant Twin City Fire Insurance Company and the entire record herein, it is this 19th day of October, 2006, hereby

**ORDERED** that the Joint Motion for Dismissal With Prejudice is **GRANTED**; it is further

**ORDERED** that this action, and all the claims and counterclaims therein, are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

**SO ORDERED**.

Signed: October 20, 2006

Graham C. Mullen
United States District Judge